WESTERN NEW YORK WATER COMPANY, Appellant, v. ARTHUR W. BRANDT, as Superintendent of Public Works of the State of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

ANNA CAREY, Appellant, v. SOLOMON NELSON, Respondent. MARION SMITH, by CHANCY WAGNER, Her Guardian ad Litem, Appellant, v. SOLOMON NELSON, Respondent.— Appeals from judgments of the Supreme Court, entered in the Broome county clerk's office on November 10, 1939, upon the verdicts of a jury dismissing the complaints, with costs, and from orders denying a motion to set aside the verdicts and for a new trial. Appellants were riding as passengers in an automobile owned and operated by the defendant and were injured when the car ran off the road into the guard posts and tipped over. Plaintiffs contended that the defendant fell asleep while driving. This was denied by the defendant. Judgments unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of JAMES H. JOHNSON, Appellant, against T. E. R. A. MONROE COUNTY EMERGENCY WORK BUREAU and METROPOLITAN CASUALTY INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from a decision of the State Industrial Board disallowing the claimant's claim for compensation on account of an accident alleged to have been suffered by claimant while carrying a heavy plank. The evidence in the record supports the decision of the State Industrial Board. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.